(No. 858—Claimant awarded $300.00.)

THE NATIONAL BANK OF CARMI, ILLINOIS, Claimant, vs. STATE OF ILLINOIS, Respondent.

*Opinion filed May 1, 1925.*

There being no dispute as to the law and facts in this case the court enters an award to claimant.

ROY E. PEARCE, for claimant.

OSCAR E. CARLSTROM, Attorney General; FRANK R. EAGLETON, Assistant Attorney General, for respondent.

Mr. JUSTICE PHILLIPS delivered the opinion of the court:

Declaration and pleas filed, and evidence read and heard in open court. Oral argument of counsel representing all parties also made in open court and the court awards claimant, The National Bank of Carmi, Illinois, the sum of $300.00.